### LEONARD THEDFORD V. THE STATE.

No. 16781. Delivered March 21, 1934.
Reported in 69 S. W. (2d) 773.

The opinion states the case.

*Carlton Smith* and *Jim Guthrie,* both of Waco, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for murder; punishment, four years in the penitentiary.

We find accompanying the record an affidavit, in proper form, showing that since this appeal was perfected the appellant has been killed. The appeal is abated.

*Abated.*